THE P. H. AND F. M. ROOTS Co., Respondent, *v.* SIM-
MONS MACHINE TOOL CORPORATION, Appellant.

(Argued October 24, 1932; decided November 22, 1932.)

*Oliver J. Flynn* for appellant.
*Eugene J. Hummer* and *C. Raymond Burton* for
respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.